UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Alberto Rios Lopez and Jesus Rios Lopez, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>Blue WP, Inc. (d/b/a Graziella's Italian Bistro), WP Burger, Inc. (d/b/a Westchester Burger Company in White Plains, New York), WP Burger II, Inc. (d/b/a Westchester Burger Company in Rye Brook, New York), WP Burger III, Inc. (d/b/a Westchester Burger Company in Mount Kisco, New York), WP Burger V, Inc. (d/b/a Westchester Burger Company in Stamford, Connecticut), Grace DiFeo, Angelo DiFeo, Sandy DiFeo, and Vincent Corso,<br><br>      Defendants. | Case No. 18-cv-11360 (VB) (JCM) |

**PLAITNIFFS' UNOPPOSED MOTION FOR
APPROVAL OF THE SETTLEMENT AGREEMENT**

  Plaintiffs Jose Alberto Rios Lopez and Jesus Rios Lopez (together, "Plaintiffs") move this Court for an order approving the settlement agreement entered into between Plaintiffs, on the one hand, and Defendants Blue WP, Inc., WP Burger, Inc. Grace DiFeo, Angelo DiFeo, Sandy DiFeo, and Vincent Corso, on the other.

  In support of their unopposed motion, Plaintiffs rely upon the accompanying Memorandum of Law and the Declaration of Alexis H. Castillo, and the exhibits annexed thereto.

Dated: Rye Brook, New York
May 15, 2020

                        KLAFTER OLSEN & LESSER LLP

                        /s/Alexis H. Castillo
                        Fran Rudich
                        Alexis H. Castillo
                        Two International Drive Suite 350
                        Rye Brook, New York 10573
                        (914) 937-9200
                        fran@klafterolsen.com
                        alexis.castillo@klafterolsen.com

                        Sarah Leberstein
                        Make the Road New York
                        46 Waller Avenue
                        White Plains, New York 10605
                        (914) 948-8466
                        sarah.leberstein@maketheroadny.org

                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the aforementioned document was served on Defendants' counsel listed below through the Court's ECF system on May 15, 2020.

David Schrader
Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Fl.
New York, New York 10017
Phone: (212) 725-4423
Email: DSchrader@pka-law.com

/s/ Alexis H. Castillo
Alexis H. Castillo