UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Alberto Rios Lopez and Jesus Rios Lopez, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Blue WP, Inc. (d/b/a Graziella's Italian Bistro), WP Burger, Inc. (d/b/a Westchester Burger Company in White Plains, New York), WP Burger II, Inc. (d/b/a Westchester Burger Company in Rye Brook, New York), WP Burger III, Inc. (d/b/a Westchester Burger Company in Mount Kisco, New York), WP Burger V, Inc. (d/b/a Westchester County Burger in Stamford, Connecticut), Grace DiFeo, Angelo DiFeo, Sandy DiFeo, and Vincent Corso,<br><br>    Defendants. | Case No.: 18-cv-11360 (VB)(JCM) |

## [PROPOSED] APPROVAL OF SETTLEMENT

The Court, having considered Plaintiffs' Unopposed Motion for Approval of the Settlement Agreement ("Motion") and all other materials properly before the Court, hereby finds and orders as follows:

  1. The Court has jurisdiction over the subject matter of this action, the named Plaintiffs, Opt-Ins and Defendants Blue WP, Inc., WP Burger, Inc., Grace DiFeo, Angelo DiFeo, Sandy DiFeo, and Vincent Corso.

  2. The Court finds that the Settlement was the product of protracted, arms-length negotiations between experienced counsel. The Court grants final approval of the Settlement as fair, reasonable and adequate as to the parties.

3.     Counsel for Plaintiffs' request for attorneys' fees and litigation costs and expenses in this action is approved. Plaintiffs' counsel are hereby awarded $22,575.18 for attorneys' fees, and $9,012.58 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in the prosecution of this case. The attorneys' fees and expenses so awarded shall be paid from the Settlement Amount of $75,000 pursuant to the terms of the Settlement Agreement.

4.     The Court shall have exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of this Approval Order.

IT IS SO ORDERED.

Dated: May __, 2020

_____
The Honorable Judith C. McCarthy