# EXHIBIT B

## Klafter Olsen and Lesser LLP
## Expenses for Rios Lopez v. Blue WP et al.
### thru 3/26/2020

| | | |
|---|---|---:|
| **Fees and Expenses** | | |
| **Federal Express** | | 40.16 |
| **Conference Calling/Telephone** | | 25.51 |
| **Court Fees** | | 400.00 |
| **Process Server** | | 1,285.45 |
| **Court Reporting Agency** | | 4,770.95 |
| **Pacer/Lexis** | | 1,683.60 |
| **Meals** | | 800.91 |
| **Travel Costs** | | 6.00 |
| **Total Expenses** | $ | **9,012.58** |