# EXHIBIT A

# AMENDMENT TO
# CONFIDENTIAL SETTLEEMENT AGREEEMENT AND RELEASE OF CLAIMS

On or about May 15, 2020, the parties hereto executed a Settlement Agreement (the "Agreement") which was submitted to the Court for **Cheeks** approval. On May 22, 2020, the Court issued a decision in which it advised the parties that it would not approve the non-disparagement provision in the Agreement.

**NOW, THEREFORE**, on this 28th day of May 2020, the parties hereby Amend the Agreement as follows

1. Paragraph 5 (Non-Disparagement) is hereby deleted in entirety from the Agreement.

2. All other provisions of the Agreement shall remain in full force and effect as set forth in the original agreement.

**BLUE WP, INC.**                          **WP BURGER, INC.**

By: _____             By: _____
Vincent Corso, individually                Grace DiFeo, individually

_____                  _____
Sandy DiFeo Griffin, individually          Angelo DiFeo, individually


_____                  _____
Jose Alberto Rios Lopez                    Jesus Rios
Lopez


_____                  _____
Jose Huaynate                              Daniel Miro


_____
Miguel Cabrera

1

# AMENDMENT TO
# CONFIDENTIAL SETTLEEMENT AGREEEMENT AND RELEASE OF CLAIMS

On or about May 15, 2020, the parties hereto executed a Settlement Agreement (the "Agreement") which was submitted to the Court for **Cheeks** approval. On May 22, 2020, the Court issued a decision in which it advised the parties that it would not approve the non-disparagement provision in the Agreement.

**NOW, THEREFORE**, on this 28th day of May 2020, the parties hereby Amend the Agreement as follows

1. Paragraph 5 (Non-Disparagement) is hereby deleted in entirety from the Agreement.

2. All other provisions of the Agreement shall remain in full force and effect as set forth in the original agreement.

**BLUE WP, INC.**                                **WP BURGER, INC.**

By:_____           By:_____

_____               _____
Vincent Corso, individually           Grace DiFeo, individually

_____               _____
Sandy DiFeo Griffin, individually     Angelo DiFeo, individually

_____               _____
Jose Alberto Rios Lopez               Jesus Rios Lopez

_____               _____
Jose Huaynate                         Daniel Miro

_____
Miguel Cabrera

1