# EXHIBIT A

# AMENDMENT TO
# CONFIDENTIAL SETTLEEMENT AGREEEMENT AND RELEASE OF CLAIMS

On or about May 15, 2020, the parties hereto executed a Settlement Agreement (the "Agreement") which was submitted to the Court for **Cheeks** approval. On May 22, 2020, the Court issued a decision in which it advised the parties that it would not approve the non-disparagement provision in the Agreement.

**NOW, THEREFORE**, on this 28th day of May 2020, the parties hereby Amend the Agreement as follows

1. Paragraph 5 (Non-Disparagement) is hereby deleted in entirety from the Agreement.

2. All other provisions of the Agreement shall remain in full force and effect as set forth in the original agreement.

**BLUE WP, INC.**                               **WP BURGER, INC.**

By: _/s/_____                    By: _/s/_____
Vincent Corso, individually                   Grace DiFeo, individually

_/s/ Sandy DiFeo Griffin_____              _/s/_____
Sandy DiFeo Griffin, individually             Angelo DiFeo, individually

_____                         _____
Jose Alberto Rios Lopez                       Jesus Rios
Lopez

_____                         _____
Jose Huaynate                                 Daniel Miro

_____
Miguel Cabrera

1

# AMENDMENT TO
# CONFIDENTIAL SETTLEMENT AGREEEMENT AND RELEASE OF CLAIMS

On or about May 15, 2020, the parties hereto executed a Settlement Agreement (the "Agreement") which was submitted to the Court for **Cheeks** approval. On May 22, 2020, the Court issued a decision in which it advised the parties that it would not approve the non-disparagement provision in the Agreement.

**NOW, THEREFORE**, on this 28th day of May 2020, the parties hereby Amend the Agreement as follows

1. Paragraph 5 (Non-Disparagement) is hereby deleted in entirety from the Agreement.

2. All other provisions of the Agreement shall remain in full force and effect as set forth in the original agreement.

**BLUE WP, INC.**  **WP BURGER, INC.**

By:_____  By:_____

_____  _____
Vincent Corso, individually  Grace DiFeo, individually

_____  _____
Sandy DiFeo Griffin, individually  Angelo DiFeo, individually

_____  _____
Jose Alberto Rios Lopez  Jesus Rios Lopez

_____  _____
Jose Huaynate  Daniel Miro

_____
Miguel Cabrera

1