**SO ORDERED:**
Since no further action by the Court is necessary at this time, Plaintiffs' motion for a conference, (Docket No. 100), is denied without prejudice with leave to renew at a later date if necessary.

_Judith C. McCarthy_  8-3-2020
JUDITH C. McCARTHY
United States Magistrate Judge

**PKA Law**

Paykin Krieg & Adams, LLP
10 Grand Central
155 East 44th Street, 6th Floor
New York, NY 10017
Tel: (212) 725-4423

**David A. Schrader, Partner**
Paykin Krieg & Adams, LLP
NY & NJ Bars
Email: dschrader@PKA-law.com

August 3, 2020

By ECF
Hon. Judith C. McCarthy, USMJ
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

      Re:  Jose Alberto Rios Lopez et al. v. Blue WP, Inc. et al.
            Case No. 7:18-cv-11360 (VB)

Dear Judge McCarthy:

      This law firm represents the defendants in the above action. We submit this Joint letter on behalf of all parties to provide the Court with a status update. Last week, the defendants executed confessions of judgment and an email copy was provided to plaintiffs' counsel. We are obtaining the originals of these confessions which will be delivered to plaintiffs' counsel's office no later than Monday, August 10th. We thank the Court for its continuing assistance in this matter. At this time, no further action is needed by the Court.

      Notwithstanding, if plaintiffs' counsel does not receive the signed executed confessions of judgment by Monday, August 10, they will immediately notify the court and request a conference to discuss defendants' breach of the settlement agreement and how to proceed.

                                        Respectfully Submitted,

                                        _David Schrader_

                                        David A. Schrader

cc: all counsel by ECF